Edward Ramsey, Esq. (SBN 274778)
Ellery S. Gordon, Esq. (SBN 316655)
Allen Sepanyan, Esq. (SBN 339400)
Los Angeles City Law, APLC
7080 Hollywood Blvd. Suite 918
Los Angeles, CA 90028
Tel:  (424) 204-9914
Fax:  (866) 241-0758

Attorneys for Plaintiff,
MELISSA MONTOYA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MONTOYA, an individual,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1 through 20, Inclusive,<br>　　　　　　Defendants. | CASE NO.:  5:21-cv-00852-MEMF-SHK<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Honorable Maame Ewusi-Mensah Frimpong |

1

**NOTICE OF SETTLEMENT**

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

**PLEASE TAKE NOTICE**

Plaintiff Melissa Montoya and Defendant Costco Wholesale Corporation (hereinafter collectively "the parties") have reached a full and final settlement of the above-captioned matter. The parties anticipate filing a joint motion to dismiss, with prejudice, within the next sixty (60) days.

The next scheduled hearing is Plaintiff's counsel's motion to withdraw, scheduled for April 14, 2022, at 10:00 a.m. That Motion is now moot in light of the parties' full and final settlement. The parties request the April 14, 2022 hearing be vacated.

DATED: March 28, 2022                     **LOS ANGELES CITY LAW, APLC**

_____
Ellery S. Gordon, Esq.
Attorney for Plaintiff,
MELISSA MONTOYA

DATED: March 28, 2022                     **TYSON & MENDES, LLP**

    /s/ Kristi Blackwell
_____
Robert F. Tyson, Jr.
Kristi Blackwell
Terra M. Affourtit
Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

**PROOF OF SERVICE**

Xavier Cook certifies and declares as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is LOS ANGELES CITY LAW, APLC 7080 Hollywood Blvd., Suite 918 Los Angeles, CA 90028.

On **March 28, 2022**, I served the above document described as:
   **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE**

on all addressees listed in the attached *Service List*.

I caused said documents to be delivered in the following manner:

___   **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   **BY PERSONAL SERVICE** – On this date, I caused a true and correct copy(ies) of the documents described above to be delivered by personal service through _____, to the addressee(s) listed above.

___   **BY E-SERVICE** – On this date, I caused a true and correct copy(ies) of the document(s) described above to be delivered via e-service through One Legal to the addressee(s) listed in the service list above.

_X_   **BY EMAIL** – My email is xavier@lacitylaw.com, and on this date, I sent a true and correct copy(ies) of the document(s) described above via email to: *see service list attached*.

_X_   **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 28, 2022**, at Los Angeles, California.

*Xavier Cook*
Xavier Cook

1
PROOF OF SERVICE

# SERVICE LIST
United States District Court Central District of California Case No.: 5:21-cv-00852-MEMF-SHK

## *Montoya v. Costco Wholesale Corp.*

| | Party's Attorney/Counsel Info. | Party Name/Role |
|---|---|---|
| 1. | Robert F. Tyson, Esq.<br>Kristi Blackwell, Esq.<br>Terra M. Affourtit, Esq.<br>**TYSON AND MENDES LLP**<br>5661 La Jolla Boulevard<br>La Jolla, California 92037<br>T: (858) 459-4400<br>F: (858) 459-3864<br>E: taffourtit@tysonmendes.com<br>   lromo@tysonmendes.com | **Attorneys for Defendant,<br>COSTCO WHOLESALE<br>CORPORATION** |