Robert F. Tyson, Jr. Esq. (Bar No. 147177)
Kristi Blackwell, Esq. (Bar No. 253967)
Terra M. Affourtit, Esq. (Bar No. 292677)
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 459-4400

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

Ellery Gordon, Esq. (Bar No. 316655)
LOS ANGELES CITY LAW, APLC
7080 Hollywood Blvd., Suite 918
Los Angeles, CA 90028
Telephone: (866) 999-6640

Attorneys for Plaintiff
MELISSA MONTOYA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MELISSA MONTOYA, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 5:21-cv-00852-MEMF-SHK <br><br> **JOINT MOTION TO DISMISS** <br><br> Judge: <br> Hon. Maame Ewusi-Mensah Frimpong |

Plaintiff MELISSA MONTOYA ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") (collectively, "the parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

1

**JOINT MOTION TO DISMISS**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 29, 2022        LOS ANGELES CITY LAW, APLC

By:     /s/ Ellery Gordon
ELLERY GORDON
Attorneys for Plaintiff
MELISSA MONTOYA

Dated: April 29, 2022        TYSON & MENDES LLP

By:     /s/ Kristi Blackwell
ROBERT F. TYSON, JR.
KRISTI BLACKWELL
TERRA M. AFFOURTIT
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I electronically filed the **JOINT MOTION TO DISMISS**, which was transmitted by electronic transmission through the United States District Court CM/ECF Program which will send notification of such filing electronically to registered counsel.

                                       Respectfully submitted,

                                       *Leslie Harris*
                                       Leslie Harris